# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2024-2822
Lower Tribunal No. 2001-DR-001507

—————————————————

COREY L. JOHNSON,

Appellant,

v.

AMOGE T. EZEAGU,

Appellee.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Brenda P. Ramirez, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Corey L. Johnson, Bowling Green, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED